USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-13

# McCARTER & ENGLISH
ATTORNEYS AT LAW

Daniel A. Pollack
Managing Partner, New York
T. 212.609.6900
F. 212.645.0706
dpollack@mccarter.com

McCarter & English, LLP
245 Park Avenue
27th Floor
New York, NY 10167-0001
T. 212.609.6800
F. 212.609.6921
www.mccarter.com

August 7, 2013

BY FED EX

Honorable Ronald L. Ellis
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   *Mazzei v. The Money Store, et al.*
      01 Civ. 5694 (JGK) (RLE)

Dear Magistrate Judge Ellis:

As we advised Your Honor by letters of June 25 and 26, Ernst & Young (EY) has concluded its analysis of the Ocwen database and generated (with the reservations expressed in their Assumptions Memoranda) expanded "class lists" for the Late Fee Class and Fee Split Class.  Mr. Grobman and Mr. Davis were given access to those lists on the secure EY website.

On July 30, at our invitation, Mr. Grobman, along with Mr. Davis, visited the EY offices, and addressed questions directly to EY.

Mr. Grobman and Mr. Davis are continuing to attempt to understand and check the work of EY, and have raised numerous questions which EY is attempting to answer.  The parties agreed that Mr. Davis and EY should continue to meet independently of the lawyers to confer on the lists. It is my understanding that the next such meeting is to occur on August 12.

BOSTON

HARTFORD

NEW YORK

NEWARK

PHILADELPHIA

STAMFORD

WILMINGTON

ME1 16240704v.1

Honorable Ronald L. Ellis
August 7, 2013
Page 2

      On August 6, I received a letter from Mr. Grobman with further follow-up questions on issues discussed at our meeting of July 30. I have forwarded those follow-up questions to EY, and, as with all of Mr. Grobman's questions to date, EY will research the questions and provide responses.

      **We respectfully suggest that the parties next report back to Your Honor on September 6.** This will give Mr. Grobman and Mr. Davis the time they need to analyze the further work being done by EY and will give EY the time it needs to do the further work.

      Respectfully,

      Daniel A. Pollack
      Counsel for Defendants

cc:  Paul Grobman, Esq.
     Counsel for Plaintiff

     (By Fed Ex)

**SO ORDERED**

*Ronald /s/ 8-8-13*

MAGISTRATE JUDGE RONALD L. ELLIS

ME1 16240704v.1